PHILLIPS PETROLEUM COMPANY, Norway,
American Petrofina Exploration Company of
Norway, Norsk Agip A/S, Norsk Hydro A/S,
Elk Norge A/S, Total Marine Norsk A/S,
Aquitaine Norge, A.D., Eurafrep Norge A/S,
Coparex Norge A/S, Cofranord A/S, American
International Reinsurance Company and Walter
Insurance Limited, Plaintiffs-Respondents and
Cross-Appellants-Petitioners,

v.

BUCYRUS-ERIE COMPANY, Bucyrus Disc, Inc.
and Richard L. Johnson Company, Inc.,
Defendants-Appellants and Cross-Respondents,

DeZEEUW TRADING COMPANY, LTD., a/k/a
Trading Company, DeZeeuw, Ltd., Defendant.

Supreme Court

*No. 84–152. Filed September 9, 1986.*

(Previously reported at 131 Wis. 2d 21, 388 N.W.2d 584 (1986).)

PER CURIAM  (on motion for reconsideration).
*The motion for reconsideration is denied, with costs.*